**No. 40017.**—Protest 912065–G of Lulis Corp. (New York).

. Opinion by SULLIVAN, J. It appeared that these finials are manufactured into lamp parts. As the weight of the testimony indicated that they are not used in the manufacture of jewelry, being in chief value of bone they were held dutiable. at 25 percent under paragraph 1537 (a) as claimed.

**No. 40018.**—Protest 948742–G/87826 of E. H. Sargent & Co. (Chicago).

Opinion by SULLIVAN, J. The official samples are three items of cover glasses and the evidence showed that they are used to cover the ends of polariscope tubes. The claim at 60 percent under paragraph 228 (a) was therefore sustained.

**No. 40019.**—Protest 630851–G of Bullocks, Inc. (Los Angeles).

Opinion by SULLIVAN, J. The case was first called for trial on June 27, 1933, and was continued many times. On June 7, 1938, a motion was made for a continuance for the purpose of having a commission issued to take the testimony of the foreign manufacturer of the merchandise. The Government objected on the ground that the plaintiff was guilty of laches. The objection was sustained and the protest was dismissed. Brown, J., dissented.

**No. 40020.**—Protest 908740–G of Westergaard Berg-Johnsen Co. (New York).

Opinion by BROWN, J. For the reasons stated in *Bata Shoe Co.* v. *United States* (C. D. 45) the protest was overruled.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1938

**No. 40021.**—Protests 768399–G, etc., of D. Lisner & Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bottles, boxes, bookends, bottle holders, trays, inkstands, candelabra, vases, atomizers, and urns chiefly used on the table or in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.